UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CHARLES LEHMANN on behalf of Betsy Lehmann )<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KILOLO KIJAKAZI, )<br>*Acting Commissioner of Social Security* )<br>)<br>Defendant. ) | **JUDGMENT**<br><br>No. 4:22-CV-60-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consentn Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on March 22, 2023, that Defendant's Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on March 22, 2023, and Copies To:**
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Dianne Samu/ Kenneth DiVito (via CM/ECF Notice of Electronic Filing)


March 22, 2023          PETER A. MOORE, JR., CLERK

                         /s/ Sandra K. Collins
                        (By) Sandra K. Collins, Deputy Clerk