THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASHERN DIVISION
No. 4:22-CV-00060-FL

| | |
|---|---|
| CHARLES LEHMANN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | ORDER FOR PAYMENT OF<br>ATTORNEY FEES UNDER THE<br>EQUAL ACCESS TO JUSTICE ACT |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $6,800.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall, and mailed to his office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 28th day of April, 2023

_____
LOUISE W. FLANAGAN
United States District Judge