UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CHARLES LEHMANN, on behalf of Betsy Lehmann<br>　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>　　　　Defendant. | **JUDGMENT**<br><br>No. 4:22-CV-60-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion and defendant's stipulation for attorney fees under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 28, 2023, that defendant pay to plaintiff $6,800.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on April 28, 2023, and Copies To:**
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)


April 28, 2023　　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　  /s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　　(By) Sandra K. Collns, Deputy Clerk